**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | Nos. | CR S-02-0213-MCE-CMK |
| | | CIV S-07-2724-MCE-CMK |
| Respondent, | | |
| vs. | | ORDER |
| MIGUEL HERNANDEZ-MUNGUIA, | | |
| Movant. | | |
| _____/ | | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 15, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 15, 2008, are adopted in full;

2. Respondent's motion to dismiss (Doc. 333 in the criminal docket) is denied; and

3. Respondent shall file a response on the merits of movant's § 2255 motion within 30 days of the date of this order.

Dated: March 26, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE