```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2728
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Respondent,           )<br>                                 )<br>     v.                          )<br>                                 )<br> MIGUEL HERNANDEZ-MUNGUIA,       )<br>                                 )<br>          Movant.                )<br> _____) | 2:02-cr-0213 MCE CMK<br>2:07-cv-2724 MCE CMK<br><br>ORDER GRANTING<br>RESPONDENT'S SECOND REQUEST<br>FOR AN EXTENSION OF TIME |

IT IS HEREBY ORDERED that respondent's second request for an extension of time until June 26, 3008, in which to file its response to Hernandez-Munguia's §2255 petition is GRANTED.

DATED: May 27, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on May 27, 2008, she served a copy of [Proposed] Order Granting Respondent's Second Request for an Extension of Time by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Miguel Hernandez-Munguia
Fed. Reg. 13744-097
FCI Taft
P.O. Box 7001
Taft, CA 93268

/s/ CARRIE D. QUIRK
CARRIE D. QUIRK