**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. CR S-02-0213-MCE-CMK |
|     Respondent, | | |
|   vs. | | ORDER |
| MIGUEL HERNANDEZ-MUNGUIA, | | |
|     Movant. | | |
| _____/ | | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. Pending before the court is movant's request for a certificate of appealability (Doc. 408).

Movant has timely filed a notice of appeal of this court's denial of his motion under 28 U.S.C. § 2255. Before movant can appeal this decision, a certificate of appealability must issue under 28 U.S.C. § 2253(c). See Fed. R. App. P. 22(b); see also 28 U.S.C. § 2255. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. See Fed. R. App. P.

1

22(b).  For the reasons set forth in the magistrate judge's December 28, 2008, findings and recommendations, movant has not made a substantial showing of the denial of a constitutional right.

Accordingly, IT IS HEREBY ORDERED that movant's request for a certificate of appealability (Doc. 408) is denied.

Dated:  November 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE